# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1180

_____

| | |
|---|---|
| Ahamed Miha, | * |
| | * |
| Petitioner, | * |
| | *  Petition for Review |
| v. | *  of an Order of the |
| | *  Board of Immigration Appeals. |
| Alberto Gonzales, Attorney General | *      [UNPUBLISHED] |
| of the United States of America, | * |
| | * |
| Respondent. | * |

_____

Submitted:  May 3, 2006
Filed:  May 11, 2006

_____

Before WOLLMAN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Ahamed Miha petitions for review of an order of the Board of Immigration Appeals (BIA), affirming the decision of the immigration judge (IJ), who denied his requests for asylum, withholding of removal, and relief under the Convention Against Torture.

Because the BIA summarily affirmed without an opinion, we review the IJ's decision as the final agency decision, applying the substantial-evidence standard of review. See Mamana v. Gonzales, 436 F.3d 966, 968 (8th Cir. 2006). Upon concluding that the IJ's adverse credibility determination was not unreasonable and

that substantial evidence supported the IJ's decision, we decline to set aside the BIA's decision.  See id. (IJ's adverse credibility determinations are conclusive unless any reasonable adjudicator would be compelled to conclude to contrary; BIA's decision will be set aside only if no reasonable fact finder could fail to find in favor of petitioner).  The petition for review is denied.  See 8th Cir. R. 47B.

_____